# FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA

## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) MDL NO. 1:14-ml-2570-RLY-TAB ) ) ) |

## NOTICE OF SUGGESTION OF DEATH

**This Document Relates to**
**Plaintiff(s): Douglas Tuck**
**Civil Case No.: 1:23-cv-1569**

Plaintiffs, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Douglas Tuck, died on or about August 29, 2022.

Dated: October 21, 2025

 

Respectfully Submitted,

HAMMERS LAW FIRM, LLC
*/s/ Robert M. Hammers, Jr.*
Robert M. Hammers, Jr.
HAMMERS LAW FIRM, LLC
5555 Glenridge Connector, Suite 975
Atlanta, GA 30342
Telephone: 770-900-9000
rob@hammerslawfirm.com

***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I certify that on October 21, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

 

                                        HAMMERS LAW FIRM, LLC

                                        */s/ **Robert M. Hammers, Jr.***

                                        Robert M. Hammers, Jr.
                                        Attorney